NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1146

BORGWARNER INC.,

Plaintiff-Appellee,

v.

DORMAN PRODUCTS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Michigan in case no. 09-CV-11602, Judge John Corbett O'Meara.

ON MOTION

## O R D E R

Dorman Products, Inc. submits a motion for a stay, pending appeal, of the preliminary injunction issued by the United States District Court for the Eastern District of Michigan.

The court previously directed that Dorman comply with Fed. R. App. P. 8(a) and file a motion to stay in the district court. Dorman states that the district court has not acted on the motion to stay filed in that court.

Upon consideration thereof,

IT IS ORDERED THAT:

BorgWarner Inc. is directed to respond, no later than March 3, 2010, to Dorman's motion for a stay filed in this court.

FOR THE COURT

FEB 25 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Steven W. Hays, Esq.
       Anthony S. Volpe, Esq.
s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2010

JAN HORBALY
CLERK

2010-1146                              - 2 -